**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| JOHN THOMAS HAYES JR., | Case No. 2:26-cv-00323 |
| Plaintiff, | ORDER GRANTING THE CRA DEFENDANTS' UNOPPOSED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THE MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and FREEDOM MORTGAGE CORPORATION, | |
| Defendant. | |

Upon consideration of Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax") and Trans Union LLC's ("Trans Union") (collectively "CRA Defendants"), unopposed Motion to Stay Discovery, Dkt. # 33, it is hereby **ORDERED** that the Motion is **GRANTED**. Any discovery between the CRA Defendants and Plaintiff is hereby stayed pending the resolution of the Motion to Dismiss and Motion for Judgment on the Pleadings.

ORDER TO STAY DISCOVERY (2:26-CV-00323) - 1

DATED this 7th day of April, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER TO STAY DISCOVERY (2:26-CV-00323) - 2