THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN THOMAS HAYES, JR.,

　　　　　Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and FREEDOM MORTGAGE CORPORATION,

　　　　　Defendants.

Case No.  2:26-cv-00323-JHC

**NOTICE OF CHANGE OF ADDRESS**

## <u>NOTICE OF CHANGE OF ADDRESS</u>

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel for Experian Information Solutions, Inc., provides this notice of change of address, effective June 8, 2026, to the following:

Stoel Rives LLP
600 University Street, Suite 3400
Seattle, WA  98101

The office telephone numbers, and email addresses remain the same.

NOTICE OF CHANGE OF ADDRESS (2:26-CV-00323-JHC) - 1

152599942.1 0030176-00438

DATED: June 8, 2026                    STOEL RIVES LLP


                                       *s/*Alissa Harris
                                       ALISSA N. HARRIS, Bar No. 59368
                                       SARA J. WADSWORTH, Bar No. 55952
                                       ali.harris@stoel.com
                                       sara.wadsworth@stoel.com
                                       600 University Street, Suite 3400
                                       Seattle, WA  98101
                                       Telephone:  206.624.0900
                                       Facsimile:  206.386.7500

                                       *Attorneys for Defendant*
                                       *Experian Information Solutions, Inc.*

NOTICE OF CHANGE OF ADDRESS (2:26-CV-00323-JHC) - 2

**STOEL RIVES** LLP
**ATTORNEYS**
**600 University Street, Suite 3400,**
**Seattle, WA  98101** *Telephone 206.624.0900*

152599942.1 0030176-00438