THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN THOMAS HAYES, JR.,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS
INC.; EQUIFAX INFORMATION
SERVICES LLC; TRANS UNION LLC; and
FREEDOM MORTGAGE CORPORATION,

Defendants.

Case No.  2:26-cv-00323-JHC

**EXPERIAN INFORMATION
SOLUTIONS INC.'S NOTICE OF
WITHDRAWAL OF ZACHARY J.
BECULHEIMER**

PLEASE TAKE NOTICE that Zachary J. Beculheimer, of the law firm Jones Day, hereby withdraws as counsel of record for Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter pursuant to Local Civil Rule 83.2(b)(3).  Experian continues to be represented in this matter by Allyson M. McCain of Goodwin Proctor LLP and Alissa N. Harris and Sara J. Wadsworth of Stoel Rives LLP.  We respectfully request that Attorney Beculheimer's name and email address be removed from the official docket.

*I certify that this notice contains 80 words, in compliance with the Local Civil Rules.*

EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF WITHDRAWAL OF
ZACHARY J. BECULHEIMER (2:26-CV-00323-JHC) - 1

**STOEL RIVES** LLP
**ATTORNEYS**
600 University Street, Suite 3400, Seattle, WA  98101
*Telephone 206.624.0900*

152599942.1 0030176-00438

DATED: June 9, 2026                               STOEL RIVES LLP


                                                  */s/ Alissa N. Harris*
                                                  ALISSA N. HARRIS, WSBA No. 59368
                                                  SARA J. WADSWORTH, WSBA No. 55952
                                                  ali.harris@stoel.com
                                                  sara.wadsworth@stoel.com
                                                  600 University Street, Suite 3400
                                                  Seattle, WA  98101
                                                  Telephone:  206.624.0900
                                                  Facsimile:  206.386.7500


                                                  */s/ Zachary J. Beculheimer*
                                                  Zachary J. Beculheimer
                                                  (*Admitted Pro Hac Vice*)
                                                  JONES DAY
                                                  110 North Wacker Drive, Suite 4800
                                                  Chicago, IL 60606
                                                  T: +1.312.269.4101
                                                  F: +1.312.782.8585
                                                  E: Zbeculheimer@jonesday.com


                                                  *Attorneys for Defendant*
                                                  *Experian Information Solutions, Inc.*

EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF WITHDRAWAL OF
ZACHARY J. BECULHEIMER (2:26-CV-00323-JHC) - 2

152599942.1 0030176-00438