**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| JOHN THOMAS HAYES JR., <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and FREEDOM MORTGAGE CORPORATION, <br><br> Defendants. | Case No.: 2:26-cv-00323-JHC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that per Local Civil Rule 83.2(b)(3), Joseph T. McCormick III hereby withdraws as counsel of record for Defendant Freedom Mortgage Corporation. Freedom Mortgage Corporation will continue to be represented by counsels of record: Sarah Mattingly and J. Alexander Gardner of Dinsmore & Shohl, LLP, and Kathy Shakibi of Wright Finlay & Zak, LLP.

DATED: June 11, 2026                    WRIGHT FINLAY & ZAK, LLP

                                        */s/ Joseph T. McCormick III*
                                        Joseph T. McCormick III, WSBA # 48883

NOTICE OF WITHDRAWAL OF COUNSEL - 1

Wright, Finlay, & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050 / FAX: (949) 608-9142

DATED: June 11, 2026                WRIGHT FINLAY & ZAK, LLP


                                    _/s/ Kathy Shakibi_____
                                    Kathy Shakibi, WSBA # 49381


DATED: June 11, 2026                DINSMORE & SHOHL, LLP


                                    _/s/ Sarah Mattingly_
                                    Sarah Mattingly, Kentucky Bar No. 94257

DATED: June 11, 2026                DINSMORE & SHOHL, LLP


                                    _/s/ Alexander Gardner_
                                    J. Alexander Gardner, Kentucky Bar No. 101073

NOTICE OF WITHDRAWAL OF COUNSEL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on the date stated below.  I also certify that the foregoing Notice of Withdrawal of Counsel are being served this day via transmission of Electronic Filing generated by CM/ECF on all parties duly registered; and by mail and courtesy email to as follows:

Dawn McCraw
Consumer Justice Law Firm
450 Alaskan Way South, Suite 200
Seattle, WA 98104
dmccraw@consumerjustice.com
*Attorneys for Plaintiff*

Sara J. Wadsworth
Alissa N. Harris
Stoel Rives, LLP
600 University Street, Suite 3400
Seattle, WA 98101
sara.wadsworth@stoel.com
ali.harris@stoel.com
*Attorneys for Experian Information Solutions, Inc.*

Allyson M. McCain
Goodwin Procter LLP
525 Market Street, Fl. 32
San Francisco, CA 94105
amccain@goodwinlaw.com
*Attorneys for Experian Information Solutions, Inc.*

Andrew R. Escobar
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
aescobar@seyfarth.com
*Attorney for Equifax Information Services, LLC*

Nicholas Ranallo
Ranallo Law Office
5058 57th Avenue South
Seattle, WA 98118
nick@ranallolawoffice.com

NOTICE OF WITHDRAWAL OF COUNSEL - 3

Wright, Finlay, & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050 / FAX: (949) 608-9142

*Attorneys for Trans Union, LLC*

Jacob M. Hatcher
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Jacob.hatcher@qslwm.com
Paralegals-indianapols@qslwm.com
*Attorneys for Trans Union, LLC*

J. Alexander Gardner
Sarah S. Mattingly
Dinsmore & Shohl
101 S. Fifth Street, Suite 2500
Lousville, KY 40202
alex.gardner@dinsmore.com
sarah.mattingly@dinsmore.com
*Attorneys for Freedom Mortgage Corporation*

Dated: June 11, 2026 at Renton, WA          */s/ Shannon M. Adiska*
                                            Shannon M. Adiska

NOTICE OF WITHDRAWAL OF COUNSEL - 4

Wright, Finlay, & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050 / FAX: (949) 608-9142