THE HONORABLE JOHN J. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

JOHN THOMAS HAYES JR,

       Plaintiff(s),

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES, LLC;
TRANS UNION, LLC; and FREEDOM
MORTGAGE CORPORATION,

       Defendants.

Case No.: 2:26-CV-00323

DEFENDANT FREEDOM
MORTGAGE CORPORATION'S
NOTICE OF ISSUANCE OF
SUBPOENA

**PLEASE TAKE NOTICE** that Defendant, Freedom Mortgage Corporation, by and through counsel, will issue the attached subpoena to the FinServ Solutions, LLC.

DATED this the 18th day of June 2026.

DEFENDANT FREEDOM MORTGAGE
CORPORATION'S NOTICE OF ISSUANCE
OF SUBPOENA
2:26-CV-00323—PAGE 1

Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
(949) 477-5050

/s/ Sarah S. Mattingly
Sarah S. Mattingly (*pro hac vice*)
Kentucky Bar No.  94257
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Ph: (859) 425-1096
Fx: (502) 585-2207
sarah.mattingly@dinsmore.com
         - And -
Kathy Shakibi
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
*Attorneys for Defendant, Freedom Mortgage Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2026, and pursuant to Fed. R. Civ. P. 5(b), I served via ECF a true and correct copy of the foregoing **FREEDOM MORTGAGE CORPORATION'S NOTICE OF ISSUANCE OF SUBPOENA** to all parties of record.

/s/ Sarah S. Mattingly
Sarah S. Mattingly
*Counsel for Defendant,*
*Freedom Mortgage Corporation*

DEFENDANT FREEDOM MORTGAGE
CORPORATION'S NOTICE OF ISSUANCE
OF SUBPOENA
2:26-CV-00323—PAGE 2

Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
(949) 477-5050