**WRIGHT, FINLAY & ZAK, LLP**
Rafael Bultz, WSBA 61051
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Fax: (949) 608-9142
Email: rbultz@wrightlegal.net
*Attorney for Freedom Mortgage Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| JOHN THOMAS HAYES JR., <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and FREEDOM MORTGAGE CORPORATION, <br><br> Defendants. | Case No.: 2:26-cv-00323-JHC <br><br> **NOTICE OF APPEARANCE** |

**TO: THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that per Local Civil Rule 83.2(a), Rafael Bultz of the law firm of Wright, Finlay & Zak, LLP, without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, failure to state a claim upon which relief may be granted, or any other valid defense, hereby appears for Defendant Freedom Mortgage Corporation and requests that all further papers and pleadings, except original process, be served upon him at the address shown below:

///

///

NOTICE OF APPEARANCE- 1

Wright, Finlay, & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050 / FAX: (949) 608-9142

Wright, Finlay & Zak, LLP
Rafael Bultz, WSBA 61051
rbultz@wrightlegal.net
sadiska@wrightlegal.net
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Phone: (949) 477-5050


DATED: June 25, 2026.                    WRIGHT FINLAY & ZAK, LLP

                                         */s/ Rafael Bultz*
                                         Rafael Bultz, WSBA 61051
                                         rbultz@wrightlegal.net
                                         Attorney for Freedom Mortgage Corporation

NOTICE OF APPEARANCE- 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on the date stated below.  I also certify that the foregoing Notice of Appearance is being served this day via transmission of Electronic Filing generated by CM/ECF on all parties duly registered; and by mail and courtesy email to as follows:

Dawn McCraw
Consumer Justice Law Firm
450 Alaskan Way South, Suite 200
Seattle, WA 98104
dmccraw@consumerjustice.com
*Attorneys for Plaintiff*

Sara J. Wadsworth
Alissa N. Harris
Stoel Rives, LLP
600 University Street, Suite 3400
Seattle, WA 98101
sara.wadsworth@stoel.com
ali.harris@stoel.com
*Attorneys for Experian Information Solutions, Inc.*

Allyson M. McCain
Goodwin Procter LLP
525 Market Street, Fl. 32
San Francisco, CA 94105
amccain@goodwinlaw.com
*Attorneys for Experian Information Solutions, Inc.*

Nicholas Wiley
Goodwin Procter LLP
525 Market Street, Floor 32
San Francisco, CA 94105
nwiley@goodwinlaw.com
*Attorneys for Experian Information Solutions, Inc.*

Andrew R. Escobar
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
aescobar@seyfarth.com

NOTICE OF APPEARANCE- 3

Wright, Finlay, & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050 / FAX: (949) 608-9142

*Attorney for Equifax Information Services, LLC*

Nicholas Ranallo
Ranallo Law Office
5058 57th Avenue South
Seattle, WA 98118
nick@ranallolawoffice.com
*Attorneys for Trans Union, LLC*

Jacob M. Hatcher
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Jacob.hatcher@qslwm.com
Paralegals-indianapols@qslwm.com
*Attorneys for Trans Union, LLC*

J. Alexander Gardner
Sarah S. Mattingly
Dinsmore & Shohl
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
alex.gardner@dinsmore.com
sarah.mattingly@dinsmore.com
*Attorneys for Freedom Mortgage Corporation*

Dated: June 25, 2026 at Renton, WA          */s/ Shannon M. Adiska*
                                            Shannon M. Adiska

NOTICE OF APPEARANCE- 4

Wright, Finlay, & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050 / FAX: (949) 608-9142