**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

JOHN THOMAS HAYES JR.,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and FREEDOM MORTGAGE CORPORATION,

Defendants.

**Case No.:** 2:26-cv-00323-JHC

**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS**

Having considered the Unopposed Motion for Extension of Time for Plaintiff to Respond to Defendants' Motion to Dismiss, Dkt. # 63, the Motion is GRANTED.

IT IS HEREBY ORDERED the time for Plaintiff to respond to Defendants' Motion to Dismiss is extended up to and through November 6, 2026.

DATED this 9th day of October, 2026

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE