UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS HAYES, JR.,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and FREEDOM MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 2:26-cv-00323-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF JOINT MOTION TO DISMISS** |

Upon consideration of the Stipulated Motion to Extend Deadline for Defendants Experian Information Solutions, Inc., Equifax Information Services LLC, and Trans Union LLC's (the "CRA Defendants") Reply in Support of Joint Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. # 68), IT IS HEREBY ORDERED as follows:

1. The CRA Defendants' deadline to file a reply to their Joint Motion to Dismiss (Dkt #62) is extended to and through November 20, 2026.

2. The extension is without prejudice to any party.

**IT IS SO ORDERED.**

DATED this 3rd day of November, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE